**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-30181 |
| Plaintiff-Appellee, | D.C. No. 1:10-cr-00015-SPW |
| v. | |
| SKY MIGUEL LITTLE COYOTE, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted April 11, 2018**

Before:    SILVERMAN, PAEZ, and OWENS, Circuit Judges.

Sky Miguel Little Coyote appeals from the district court's judgment and challenges the 10-month sentence imposed upon his fourth revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Little Coyote contends that the sentence is substantively unreasonable

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

because, in light of his severe emotional problems, imposition of a custodial term will not ensure the protection of the public, deter him, or result in his rehabilitation. The district court did not abuse its discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The high-end sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Little Coyote's repeated violations of supervised release. *See Gall*, 552 U.S. at 51; *United States v. Simtob,* 485 F.3d 1058, 1062 (9th Cir. 2007) (at a revocation sentencing, violator may be sanctioned for breaching the court's trust).

**AFFIRMED.**